IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SARAH COX                                                                                          PLAINTIFF

vs.                                         NO.   4:05-CV-001254   WRW

THE UNIVERSITY OF ARKANSAS, a                                                      DEFENDANTS
   subordinate entity of the State of Arkansas;
B. ALAN SUGG, President of the University of
   Arkansas, in his official and individual capacities;
JOHN A. WHITE, Chancellor of the University of
   Arkansas, in his official and individual capacities;
MARK CORY, Professor of the University of
   Arkansas, in his official and individual capacities;
   and various
JOHN DOES of the University of Arkansas, policy
   makers, supervisors, employees, and/or agents, in
   their official and individual capacities

## JOINT MOTION FOR EXTENSION OF TIME

     Defendants move the court that they be granted up to and including November 9, 2005 to respond to plaintiff's complaint and first amendment to complaint filed in the above-styled action. Additional time is needed to properly respond to the complaint and first amendment to complaint. Counsel for defendants have contacted plaintiff's counsel, and plaintiff's counsel has no objection to this extension of time.

     WHEREFORE, defendants pray that this court grant their motion to extend time to respond to plaintiff's complaint and first amendment to complaint up to and including November 9, 2005.

916801.1

/s/ Kathlyn Graves
Marshall Ney, Arkansas Bar No. 91108
Kathlyn Graves, Arkansas Bar No. 76045
Attorneys for Mark Cory

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Tel: 501-688-8800    Fax: 501-688-8807
E-mail: kgraves@mwsgw.com


/s/ T. Scott Varady
T. Scott Varady,
Arkansas Bar No. 93172
William R. Kincaid,
Arkansas Bar No. 93125
Attorneys for University of Arkansas,
B. Alan Sugg and John A. White

Office of the General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Tel: 501-575-5401    Fax: 479-575-5046
E-mail: svarady@uark.edu

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Robert L. Depper, Jr**
  bdepper@cox-internet.com

I hereby certify that on October 14, 2005, I mailed the document by United States Postal Service to the following non CM/ECF participants:


/s/ Kathlyn Graves
Kathlyn Graves
Arkansas Bar No.  76045
Attorneys for Mark Cory

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800     Fax: 501-688-8807
E-mail: kgraves@mwsgw.com